UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DREW J. RIBAR,<br><br>　　　　　　　　Plaintiff,<br>v.<br>STATE OF NEVADA et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:25-cv-00090-ART-CSD<br><br>ORDER GRANTING MOTION TO EXTEND |

*Pro se* Plaintiff brings this action against Defendants State of Nevada, Nevada Legislative Counsel Bureau, Kevin C. Powers, and Lobbyist Registrar, alleging various constitutional violations and requesting injunctive relief. Defendants move to extend the deadline for their response to Plaintiff's complaint and motion for a preliminary injunction. (ECF No. 10.) Plaintiff has also moved to allow Defendants additional time due to delays in service. (ECF No. 8.)

Good cause appearing, the Court orders that Defendants' motion for an extension of time (ECF No. 10) and Plaintiff's motion for an extension of time (ECF No. 8) are both granted. Defendants have until March 21, 2025, to file their responsive documents to both Plaintiff's complaint and motion for preliminary injunction.

DATED: March 10, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1