1  KEVIN C. POWERS, General Counsel
   Nevada State Bar No. 6781
2  JAIME K. BLACK, Chief Employment Counsel
   Nevada State Bar No. 11668
3  TARA C. ZIMMERMAN, Senior Principal Deputy Employment Counsel
   Nevada State Bar No. 12146
4  NEVADA LEGISLATIVE COUNSEL BUREAU, LEGAL DIVISION
   401 S. Carson St.
5  Carson City, NV 89701
   Tel: (775) 684-6830; Fax: (775) 684-6761
6  Email: kpowers@lcb.state.nv.us; jaime.black@lcb.state.nv.us; tara.zimmerman@lcb.state.nv.us
   *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DREW J. RIBAR,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA; NEVADA LEGISLATIVE COUNSEL BUREAU; KEVIN C. POWERS, in his official and individual capacity; LOBBYIST REGISTRAR, in their official and individual capacity; and DOE DEFENDANTS 1-10,<br><br>    Defendants. | Case No. 3:25-cv-00090-ART-CSD<br><br>**DEFENDANTS' NONOPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

## NONOPPOSITION

Defendants State of Nevada; Nevada Legislative Counsel Bureau; Kevin C. Powers, in his official and individual capacity; and Lobbyist Registrar, in their official and individual capacity (collectively "Legislative Defendants"), by and through their counsel the Legal Division of the Legislative Counsel Bureau ("LCB Legal"), hereby file this Nonopposition to Plaintiff Ribar's Motion for Extension of Time to File Opposition to Defendants' Motion to Dismiss (ECF No. 19). Specifically, Legislative Defendants do not oppose an extension of time until **April 22, 2025**, for Plaintiff Ribar to file his Opposition to Defendants' Motion to Dismiss.

DATED: This **7th** day of April, 2025.

By: /s/ Kevin C. Powers
**KEVIN C. POWERS**, General Counsel
Nevada State Bar No. 6781
**JAIME K. BLACK**, Chief Employment Counsel
Nevada State Bar No. 11668
**TARA C. ZIMMERMAN**, Senior Principal Deputy Employment Counsel
Nevada State Bar No. 12146
NEVADA LEGISLATIVE COUNSEL BUREAU, LEGAL DIVISION
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Nevada Legislative Counsel Bureau, Legal Division, and that on the **7th** day of April, 2025, pursuant to FRCP 5(b) and LR Part IC, I filed and served a true and correct copy of Legislative Defendants' Nonopposition to Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion to Dismiss by (1) using the Court's CM/ECF system for electronic service and (2) sending it via electronic mail pursuant to FRCP 5(b)(2)(E) and the parties' consent in writing to service by electronic mail, directed to the following:

Drew J. Ribar
3480 Pershing Ln.
Washoe Valley, NV 89704
const2audit@gmail.com
*Plaintiff Pro Se*

/s/ Kevin C. Powers
An Employee of the Legislative Counsel Bureau