UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DREW J. RIBAR,<br><br>                                  Plaintiff,<br>   v.<br><br>STATE OF NEVADA et al.,<br><br>                               Defendants. | Case No. 3:25-cv-00090-ART-CSD<br><br>ORDER GRANTING MOTION TO EXTEND |

*Pro se* Plaintiff Drew Ribar brings this action against Defendants State of Nevada, Nevada Legislative Counsel Bureau, Kevin C. Powers, and Lobbyist Registrar, alleging various constitutional violations and requesting injunctive relief. Plaintiff moves to extend the time to file an opposition to Defendant's motion to dismiss. (ECF No. 19.) Plaintiff requests a 14-day extension if the motion is treated as a motion to dismiss, or a 30-day extension if the motion is treated as a motion for summary judgment. (*Id.* at 3.) Defendant's motion is a motion to dismiss. Defendants do not oppose a 14-day extension of time. (ECF No. 20.)

Good cause appearing, the Court orders that Plaintiff's motion for an extension of time (ECF No. 19) is granted.

Plaintiff has until April 22, 2025, to file his response to Defendant's motion to dismiss.

DATED: April 9, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1