UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DREW RIBAR,<br><br>                    Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA, *et al.*,<br><br>                    Defendants. | 3:25-cv-00090-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 29 |

Before the court is Defendants' Motion for Extension of Time Relating to First Amended Complaint. (ECF No. 29.)

Defendants' Motion for Extension of Time Relating to First Amended Complaint (ECF No. 29) is **GRANTED** to the extent that Defendants shall have to and including **June 26, 2025**, in which to file a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 28).

**IT IS SO ORDERED.**

DATED:  June 12, 2025.

_____
Craig S. Denney
United States Magistrate Judge